

One Newark Center, 19th Floor
Newark, New Jersey 07102
Tel: 973.690.5400 Fax: 973.466.2761
www.rwmlegal.com

June 30, 2017

The Honorable Michael A. Hammer, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:   *WAG Acquisition L.L.C. v. MultiMedia, LLC, et al.* (14-cv-02340);
      *WAG Acquisition L.L.C. v. WMM LLC, et al.* (14-cv-02345);
      *WAG Acquisition L.L.C. v. Flying Crocodile, et al.* (14-cv-02674);
      *WAG Acquisition L.L.C. v. Gattyan Group S.a.r.l, et al.* (14-cv-02832);
      *WAG Acquisition L.L.C. v. FriendFinder Networks Inc., et al.* (14-cv-03456);
      *WAG Acquisition L.L.C. v. Vubeology, Inc., et al.* (14-cv-04531); and
      *WAG Acquisition L.L.C. v. WebPower, Inc., et al.* (15-cv-03581)

Dear Judge Hammer:

This Firm represents the Defendants in the above-captioned matters. We write to respectfully request leave of Court to take the deposition of Patrick O'Brien following the close of fact discovery. Defendants previously scheduled this individual's deposition by way of their May 24, 2017 notice, but due to unforeseen medical circumstances his deposition had to be cancelled.

The Parties have conferred, and WAG consents to this request. Therefore, if this application meets with the Court's approval, Defendants respectfully request that this letter be signed on the "So Ordered" line provided below and entered on the Court's docket.

We thank the Court for its kind consideration of this submission. Should Your Honor have any questions, we are available at the Court's convenience.

Respectfully,

s/ Justin T. Quinn
Justin T. Quinn

SO ORDERED:

**SO ORDERED**

s/Michael A. Hammer
Hon. Michael A. Hammer, U.S.M.J.

Date: 7/5/17